IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OMAR A. ZARATE,

    Petitioner,                    No. CIV S-10-0917 EFB P

    vs.

WARDEN, CSATF/SP,

    Respondent.                  <u>ORDER</u>

       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

       Petitioner challenges a conviction in the Kings County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

       2. The Clerk of Court shall assign a new case number.

////

////

////

1     3.  All future filings shall bear the new case number and shall be filed at:

2           United States District Court
Eastern District of California
3           2500 Tulare Street
Fresno, CA 93721

5   DATED:  April 22, 2010.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE